No. 267. ALLEN v. GLENN L. MARTIN CO. ET AL.;
No. 268. HYMAN v. TYLER ET AL.; and
No. 269. BENONI v. BETHLEHEM FAIRFIELD SHIPYARD, INC. ET AL. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a sub-

stantial federal question. *Paul Berman, Sigmund Levin* and *Theodore B. Berman* for appellants. *Daniel E. Klein* for appellees in No. 267. *William R. Semans* for appellees in No. 268. *Robert E. Coughlan, Jr.* for appellees in No. 269.